845 A.2d 132

CONSTANTINE KORELIS, PLAINTIFF–PETITIONER, v. BEST VALUE RENTAL CAR, ET AL., DEFENDANTS.

February 27, 2004.

Denied.

845 A.2d 133

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXANDER BRANCH, DEFENDANT–PETITIONER.

March 16, 2004.

Granted.

845 A.2d 133

THOMAS FRICCHIONE, PLAINTIFF–PETITIONER, v. DR. RICHARD DIPATRI, SUPERINTENDENT OF JERSEY CITY SCHOOLS, ET AL., DEFENDANTS–RESPONDENTS.

March 25, 2004.

Denied.